```
 1  RAPHAEL COTKIN, SBN 35892
    C. EDWARD LANGHAMMER, JR., SBN 100991
 2  COTKIN, COLLINS & GINSBURG
    A PROFESSIONAL CORPORATION
 3  300 South Grand Avenue, 24th Floor
    Los Angeles, CA 90071-3134
 4  Telephone:  (213) 688-9350
    Facsimile:  (213) 688-9351
 5  Email: cel@ccglaw.cc / rxc@ccglaw.cc

 6  Attorneys for Defendant
    HUBERT ARTURO ACEVEDO
```

FILED
CLERK, U.S DISTRICT COURT
DEC 12 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

_X_ Priority
_X_ Send
___ Clsd
___ Enter
_X_ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MARTINEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, a division of the BUSINESS, TRANSPORTATION AND HOUSING AGENCY OF THE STATE OF CALIFORNIA, and HUBERT ARTURO ACEVEDO,<br><br>      Defendants. | Case No. **ED CV 04-1160 CAS (SGLx)**<br><br>STIPULATION<br>FOR DISMISSAL WITH<br>PREJUDICE AND ORDER<br>THEREON (*FRCP* Rule 41(a)(1))<br><br>Complaint Filed:  September 15, 2004<br>Trial Date:  November 21, 2006 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned attorneys of record, and subject to the Order of this Court, as follows:

    1.    The parties have reached a settlement of this action and have executed and delivered a Settlement Agreement and Mutual General Release calling for the dismissal of this action with prejudice; and

///
///
///

DOCKETED ON CM
DEC 13 2006

305084-1.wpd

2. The within action shall be dismissed with prejudice, with each party to bear his/her own attorneys' fees and costs, pursuant to *FRCP* Rule 41(a)(1).

ACKERMANN & TILAJEF

By _____
Craig J. Ackermann

Attorneys for Plaintiff
CYNTHIA MARTINEZ

Dated: 12/8, 2006

COTKIN, COLLINS & GINSBURG
A PROFESSIONAL CORPORATION

By _____
C. Edward Langhammer, Jr.

Attorneys for Defendant
HUBERT ARTURO ACEVEDO

Dated: Dec 11, 2006

## ORDER

Based upon the Stipulation of the parties set forth herein, IT IS ORDERED, ADJUDGED AND DECREED that this action shall be and is dismissed with prejudice, with the parties to bear their own costs.

Dated: Dec. 12, 2006

_____
United States District Judge

- 2 -

305084-1.wpd

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, CYNTHIA MORRIS, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3134.

On December 12, 2006, I served the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Craig J. Ackermann                                     Attorneys for Plaintiff
Chaim Woolf
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 600
Los Angeles, CA 90035
Phone: (310) 277-0614
Fax: (310) 277-0635

| | |
|---|---|
| X | **BY FIRST CLASS MAIL:** I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with first-class postage thereon fully prepaid. I am readily familiar with my employer's practice for the collection and processing of mail. Under that practice, envelopes would be deposited with the U.S. Postal Service that same day, with first class postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service. |
| | **BY FACSIMILE:** I caused the document to be transmitted by a facsimile machine compliant with Rule 2003 of the California Rules of Court to the offices of the addressees at the telephone numbers shown on the service list. |
| | **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the offices of the addressees. |
| | **BY FEDERAL EXPRESS:** I am readily familiar with my employer's practice for the collection and processing of FedEx packages. Under that practice, packages would be deposited with FedEx that same day, with overnight delivery charges thereon fully prepaid, in the ordinary course of business. |
| X | **(Federal Courts Only)** I declare that I am employed in the office of a member of the court at whose direction this service was made. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on December 12, 2006, at Los Angeles, California.

_____
Signature of Declarant