1   EDMUND G. BROWN JR.
    Attorney General
2   JACOB A. APPELSMITH
    Senior Assistant Attorney General
3   CHRIS A. KNUDSEN
    Supervising Deputy Attorney General
4   SETH M. FRIEDMAN, State Bar No. 186239
    Deputy Attorney General
5    110 West A Street, Suite 1100
     San Diego, CA 92101
6    P.O. Box 85266
     San Diego, CA 92186-5266
7    Telephone:  (619) 645-3199
     Fax:  (619) 645-2581
8    Email:  Seth.Friedman@doj.ca.gov

9   Attorneys for Defendant California Highway Patrol

10          IN THE UNITED STATES DISTRICT COURT

11        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 **CYNTHIA MARTINEZ,** | EDCV04-1160 CAS (SGLx) |
| 14 Plaintiff, | **DEFENDANT CHP'S NOTICE OF LODGMENT OF PROPOSED JUDGMENT** |
| 15 **v.** | |
| 16 **DEPARTMENT OF CALIFORNIA HIGHWAY PATROL,** et al., | Judge: Hon. Christina A. Snyder |
| 17 Defendants. | |

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT Defendant CHP is hereby lodging the

3 attached Proposed Judgment with the Court.

4        Dated:  January 15, 2009

5                          Respectfully submitted,

6                          EDMUND G. BROWN JR.
                           Attorney General
7                          JACOB A. APPELSMITH
                           Senior Assistant Attorney General
8                          CHRIS A. KNUDSEN
9                          Supervising Deputy Attorney General

10                         /s/Seth M. Friedman

11                         SETH M. FRIEDMAN
12                         Deputy Attorney General
                           Attorneys for Defendant
13
   Martinez NOL.wpd
14 SD2004801140

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:       **Cynthia Martinez v. Dept. of CHP**

Case No.:        **EDCV04-1160 CAS (SGLx)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On January 15, 2009, I served the attached **DEFENDANT CHP'S NOTICE OF LODGMENT OF PROPOSED JUDGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Craig J. Ackerman, Esq.
ACKERMAN & TILAJEF
1180 South Beverly Drive, Suite 512
Los Angeles, CA 90035

**(Attorney for Plaintiff)**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 15, 2009, at San Diego, California.

B. Romero
_____
Declarant

_____
Signature

70061372.wpd