JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CYNTHIA MARTINEZ, | EDCV04-1160 CAS (SGLx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, et al. | |
| Defendants. | |

///
///
///
///
///
///
///
///

1  On July 6, 2006, the Court entered an Order granting defendant State of California, California Highway Patrol's Motion for Summary Judgment against Plaintiff Cynthia Martinez. Accordingly:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff Cynthia Martinez shall recover nothing from defendant State of California, California Highway Patrol and Judgment is hereby entered in favor of defendant State of California, California Highway Patrol and against Plaintiff Cynthia Martinez.

2. Defendant State of California, California Highway Patrol shall recover from Plaintiff Cynthia Martinez allowable costs of suit pursuant to Federal Rule of Civil Procedure 54(d)(1).

Dated: 1/20/09

_Christina A. Snyder_
Honorable Christina A. Snyder
Judge of the United States District Court